# EXHIBIT B

## *23-A-04860-2, WALTERS VS OPENAL LLC*

GA Superior - Gwinnett

Gwinnett

**This case was retrieved on 07/13/2023**

## Header

**Case Number:** 23-A-04860-2
**Date Filed:** 06/05/2023
**Date Full Case Retrieved:** 07/13/2023
**Status:** Open
**Misc:** (104) Tort - General*; Civil

## Summary

**Judge**: Cason, Tracie H
 **Judge Number**: 2
**Status Description**: Pending
**Alternate Case Number**: 23-A-04860

## Participants

| Litigants | Attorneys |
|---|---|
| WALTERS, MARK<br>**Plaintiff** | MONROE, JOHN R<br>Lead Attorney<br>Status:  Retained |
| OPENAL LLC<br>**Defendant** | OPENAL LLC<br>Pro Se |

## Proceedings

| Date | # | Proceeding Text | Details |
|---|---|---|---|
| 06/05/2023 | | Complaint with Jury Demand | RelatedParty - OPENAL LLC |
| 06/05/2023 | | General Civil/Domestic Relations Case Filing Info | RelatedParty - OPENAL LLC |
| 06/05/2023 | | Summons | RelatedParty - OPENAL LLC |
| 06/05/2023 | | General Civil/Domestic Relations Case Filing Info | RelatedParty - OPENAL LLC |
| 06/05/2023 | | Summons | RelatedParty - OPENAL LLC<br><br>Served - 06/14/2023 |
| 06/20/2023 | | Sheriffs Entry of Service | RelatedParty - OPENAL LLC |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

23-A-04860-2, WALTERS VS OPENAL LLC

**End of Document**