THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS,<br><br>      Plaintiff,<br><br>      v.<br><br>OpenAI, L.L.C.,<br><br>      Defendant. | Civil Action No. 1:23-cv-03122-MLB<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 3.4, Defendant OpenAI, L.L.C. ("Defendant" or "OpenAI") files this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Defendant, a party to this action, certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Mark Walters (Plaintiff)

    OpenAI, L.L.C. (Defendant)

    OpenAI OpCo, LLC (Direct parent of OpenAI, L.L.C.)

    OpenAI, Inc. (Ultimate parent of OpenAI, L.L.C.)

Microsoft Corporation (solely due to being a publicly held corporation with greater than 10% ownership interest in OpenAI, L.L.C.)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Other than as described above, none.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Brendan Krasinski, DLA Piper LLP (US)

Ilana Eisenstein, DLA Piper LLP (US)

Peter Karanjia, DLA Piper LLP (US)

Danny Tobey, DLA Piper LLP (US)

Ashley Allen Carr, DLA Piper LLP (US)

Marie Bussey-Garza, DLA Piper (US)

John R. Monroe, John Monroe Law, P.C.

Dated: July 17, 2023	Respectfully submitted,

DLA Piper LLP (US)

By: */s/ Brendan Krasinski*
Brendan Krasinski
Georgia Bar No. 159089
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
Tel.: (404) 736-7861
Fax: (404) 682-7831
brendan.krasinski@us.dlapiper.com

Ilana H. Eisenstein, *pro hac vice* forthcoming
Marie Bussey-Garza, *pro hac vice* forthcoming
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel.: (215) 656-3300
Fax: (215) 656-3301
ilana.eisenstein@us.dlapiper.com
marie.bussey-garza@us.dlapiper.com

Peter Karanjia, *pro hac vice* forthcoming
500 Eighth Street, NW
Washington, DC 20004
Tel.: (202) 799-4000
Fax: (202) 799-5000
peter.karanjia@us.dlapiper.com

Danny Tobey, *pro hac vice* forthcoming
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

Ashley Allen Carr, *pro hac vice* forthcoming
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@us.dlapiper.com

*Attorneys for Defendant OpenAI, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of July 2023, I electronically filed the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement.** I also certify that I have mailed a copy to Plaintiff's counsel of record by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage affixed thereon addressed to:

> John R. Monroe
> John Monroe Law, P.C.
> 156 Robert Jones Road
> Dawsonville, GA 30534

Dated: July 17, 2023

By: */s/ Brendan Krasinski*
    Brendan Krasinski