# JOHN R. MONROE
# JOHN MONROE LAW, P.C.

July 17, 2023

Ms. Jessica Kelley
Courtroom Deputy Clerk
1942 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303-3309

**RE:**     Walters v. OpenAI, L.L.C.
            1:23-CV-03122-MLB

Dear Ms. Kelley:

 Pursuant to L.R. 83.1 (E)(4), I am writing to request a leave of absence July 31-August 4, 2023 and August 9-August 23, 2023 for the purpose of family vacation.  I request that this case not be calendared during those dates.  I thank you in advance for your assistance in this matter.

 Please contact me if you have any questions.

Sincerely,

/s/ John R. Monroe

John R. Monroe

CC:     Brendan Krasinski (via ECF)

---

  **156 Robert Jones Road     Dawsonville, Georgia 30534**
**678 362 7650**                                                        jrm@johnmonroelaw.com