**IN THE UNITED STATE DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MARK WALTERS,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **OpenAI, L.L.C.,** | ) |
|     **Defendant.** | ) CIVIL ACTION No. 1:23-CV-03122-MLB |

## Certificate of Interested Persons and Corporate Disclosure Statement

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, including any parent corporation and any publicly held corporation that owns 10% of more of the stock of a party or proposed intervenor:

   OpenAI, L.L.C. (Defendant)

   Walters, Mark (Plaintiff)

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

   None not identified elsewhere in this statement.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Bussey-Garze, Marie

Allen Carr, Ashley

DLA Piper LLP

Eisenstein, Ilana

John Monroe Law, P.C.

Karanjia, Peter

Krasinski, Brendan

Monroe, John

Tobey, Danny

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Walters, Mark (citizen of Georgia)

      /s/ John R. Monroe  
John R. Monroe  
John Monroe Law, P.C.  
Attorney for Petitioner  
156 Robert Jones Road  
Dawsonville, Ga  30534

678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193

3