THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>OpenAI, L.L.C.,  )<br>  )<br>   Defendant.  )<br>  ) | Civ. No. 1:23-cv-03122-MLB |

## NOTICE OF MEMBER CITIZENSHIP

Defendant OpenAI, L.L.C. ("OpenAI" or "Defendant"), through its undersigned counsel, hereby files this Notice of Member Citizenship in support of its Notice of Removal [ECF 1] of Case No. 23-A-04860-2, filed in the Superior Court of Gwinnett County, State of Georgia (the "State Court Action"):

1. OpenAI is a Limited Liability Company.

2. OpenAI OpCo, L.L.C. is OpenAI, L.L.C.'s sole member.

3. None of OpenAI OpCo, L.L.C.'s members or constituent entities are citizens of Georgia.

Dated: July 21, 2023

Respectfully submitted,

DLA Piper LLP (US)

By: /s/ Brendan Krasinski
Brendan Krasinski

1

Georgia Bar No. 159089
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
Tel.: (404) 736-7861
Fax: (404) 682-7831
brendan.krasinski@us.dlapiper.com

Ilana H. Eisenstein, *pro hac vice* pending
Marie Bussey-Garza, *pro hac vice* pending
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel.: (215) 656-3300
Fax: (215) 656-3301
ilana.eisenstein@us.dlapiper.com
marie.bussey-garza@us.dlapiper.com

Peter Karanjia, *pro hac vice* pending
500 Eighth Street, NW
Washington, DC 20004
Tel.: (202) 799-4000
Fax: (202) 799-5000
peter.karanjia@us.dlapiper.com

Danny Tobey, *pro hac vice* pending
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

Ashley Allen Carr, *pro hac vice* pending
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@us.dlapiper.com

*Attorneys for Defendant OpenAI, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of July 2023, I electronically filed the foregoing Notice of Member Citizenship with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Dated: July 21, 2023

                                          By: */s/ Brendan Krasinski*
                                               Brendan Krasinski