# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:23-cv-03122-MLB |
| OpenAI, L.L.C., | ) ) |
| Defendant. | ) ) ) |

## DEFENDANT OPENAI'S MOTION TO DISMISS

Defendant OpenAI, L.L.C. ("OpenAI"), by and through the undersigned attorneys, files this Motion to Dismiss Plaintiff Mark Walters's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). For the reasons set forth in OpenAI's Memorandum of Law in Support of this Motion, filed contemporaneously herewith, OpenAI respectfully requests that the Complaint be dismissed in its entirety with prejudice.

Dated: July 21, 2023

Ilana H. Eisenstein, *pro hac vice pending*
Marie Bussey-Garza, *pro hac vice pending*
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103

Respectfully submitted,

By: */s/ Brendan Krasinski*
Brendan Krasinski
Georgia Bar No. 159089
DLA Piper LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309

Tel.: (215) 656-3300
Fax: (215) 656-3301
ilana.eisenstein@us.dlapiper.com
marie.bussey-garza@us.dlapiper.com

Peter Karanjia, *pro hac pending*
500 Eighth Street, NW
Washington, DC 20004
Tel.: (202) 799-4000
Fax: (202) 799-5000
peter.karanjia@dlapiper.com

Tel.: (404) 736-7861
Fax: (404) 682-7831
brendan.krasinski@dlapiper.com

Danny Tobey, *pro hac vice pending*
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@dlapiper.com

Ashley Allen Carr, *pro hac vice pending*
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@dlapiper.com

*Attorneys for Defendant OpenAI, L.L.C.*

| | |
|---|---|
| MARK WALTERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OpenAI, L.L.C., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:23-cv-03122-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of July 2023, I electronically filed the foregoing Motion to Dismiss and Memorandum of Law in Support with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Dated: July 21, 2023

By: */s/ Brendan Krasinski*
     Brendan Krasinski