# EXHIBIT 1



## Mark Walters · 3rd

Syndicated Talk Radio personality-Armed American Radio – CEO CCW Broadcast Media LLC

- CCW Broadcast Media LLC

- Radford University - College of Business and Economics

Canton, Georgia, United States · Contact info

428 connections

Message  + Follow  More

## About

On-air national radio host-broadcaster, author, columnist and commentator. Founder, owner and CEO of Armed American Radio and parent company, CCW Broadcast Media LLC. Nationally Syndicated host of the Armed American Radio broadcasts. I bring hard-hitting conservative discussion of current events with a focus on the right to keep and bear arms to hundreds of radio stations and hundreds of cities across America every Sunday night from 8p-11p ET, 5p-8p PT and Armed American Radio's Daily Defense with Mark Walters weekdays 4-5p ET, 1-2p PT. AAR and AAR Daily Defense are distributed by the Salem Radio Network. My other titles and positions include being an active member of the Board of Directors of Citizens Committee for the Right to Keep and Bear Arms (CCRKBA) and 2015 National Gun Rights Defender of the Year Award recipient. I recently joined the Board of Directors of Jews for the Preservation of Firearms Ownership (JPFO) Author, Lessons from Armed America, with Kathy Jackson and foreword by Massad Ayoob, author, Lessons from Unarmed America with Rob Pincus and foreword by Ted Nugent and my latest work, Grilling While Armed - How to get off the gas and become your neighborhood BBQ pit boss in one day, with George "The Mad Ogre" Hill.

## Activity

434 followers

**Mark hasn't posted yet**
Recent posts Mark shares will be displayed here.

Show all activity →

## Experience

### Chief Executive Officer

CCW Broadcast Media LLC · Self-employed
Jul 2013 - Present · 10 yrs 1 mo
United States

CCW Broadcast Media LLC is the parent company of talk radio shows Armed American Radio and Armed American Radio's Daily Defense.

### Syndicated Talk Radio Personality
Armed American Radio

Apr 2009 - Present · 14 yrs 4 mos

Atlanta, Georgia

Syndicated Talk Radio Personality-Host, nationally syndicated Armed
American Radio Network. The fastest growing pro-firearms national radio
broadcast in America focused on conservative talk issues and our right to
bear arms for self-defense, AAR is heard nationwide in hundreds of cities on
over 200 radio stations and growing rapidly. AAR is nationally distributed by
the Salem Radio Network.

### Syndicated Talk Radio Host
Armed American Radio's Daily Defense

Mar 2015 - Present · 8 yrs 5 mos

Greater Atlanta Area

Syndicated Talk Radio Personality-Host, nationally syndicated Armed
American Radio Network Daily Defense program. The fastest growing pro-
firearms national radio broadcast in America focused on conservative issues
and our right to bear arms, AAR Daily Defense is heard nationwide in
dozens of cities on dozens of radio stations and growing rapidly. AAR is
nationally distributed by the Salem Radio Network.

### Member Board Of Directors
Citizens Committee for the Right to Keep and Bear Arms

Jan 2015 - Present · 8 yrs 7 mos

Bellevue, WA

### Author
Lessons from Unarmed America

Jul 2013 - Present · 10 yrs 1 mo

Greater Atlanta Area

Co-author of the book, Lessons from Unarmed America with Rob Pincus and
foreword by Ted Nugent. Stories of unarmed violent encounters and
personal stories followed up by analysis from one of the nations best self-
defense experts, Rob Pincus.

Show all 10 experiences →

## Education

### Radford University - College of Business and Economics
BS, Business Management

1981 - 1984

## Skills

**Video**

👥 22 endorsements

**Strategic Planning**

👥 4 endorsements

**Team Building**

👥 4 endorsements

Show all 11 skills →

## Interests

Companies    Schools



**The New York Times**
7,179,905 followers

\+ Follow

**TED Conferences**
23,673,407 followers

\+ Follow

Show all companies →

Promoted                                    ···

**Attorney Needed
ASAP**
We need attorneys to help
our legal clients. Free trial
to view cases.

Learn more

**Become a Successful
CIO**
NYU Tandon's CIO
Program will help you gain
in-depth business skills.

Learn more

**People also viewed**

**Joshua Travers** · 3rd
Law Enforcement Professional, Security Professional, Coach, and Instructor

🔒 Message

**Oleg Volk** · 3rd
Creative director, photographer, writer, and inventor. Over 25 years of
experience.

Connect

**Rhonda Mary** · 3rd
Political Commentator, 2A Advocate

Connect

**Alan Gottlieb** 🔗 · 3rd
Editor and Publisher at "Satellite Mobility World" Editor and Publisher

Message

**Fred Riehl** · 3rd+
Chairman at GW Plastics

Connect

Show more ⌄

**People you may know**

**Daniel Kaufmann**
In-House Counsel

Connect

**Michael Dillon**
Partner at MANKO | GOLD | KATCHER | FOX LLP



**Connect**

**Lauren DeBona** in
Litigation Associate at Wilson Sonsini Goodrich & Rosati

**Connect**

**Diane Edelman**
Director of International Programs and Adjunct Professor of Law at Brooklyn Law School

**Connect**

**Emilee Siegl**
Associate at K&L Gates

**Connect**

Show more ⌄

### LEARNING

Add new skills with these courses, free for 24 hours

Public Speaking: Find Your Confidence

Prioritizing Tasks for Maximum Impact

Speaking Confidently and Effectively

See my recommendations



**Promoted**    ...

**Attorney Needed ASAP**
We need attorneys to help our legal clients. Free trial to view cases. ⟩

**Become a Successful CIO**
NYU Tandon's CIO Program will help you gain in-depth business skills. ⟩

**Top-Ranked Jack Welch MBA**
Accepting Scholarship Candidates for Jack Welch MBA. Classes start July 3. ⟩

About                     Accessibility          Talent Solutions              ? Questions?                      Select Language
Community Guidelines      Careers                Marketing Solutions             Visit our Help Center.
Privacy & Terms ⌄         Ad Choices             Advertising                                                      English (English)
Sales Solutions           Mobile                 Small Business                 Manage your account and privacy
Safety Center                                                                    Go to your Settings.

                                                                                Recommendation transparency
                                                                                Learn more about Recommended Content.

LinkedIn Corporation © 2023

 

Home    My Network    Jobs    Messaging    Notifications    Me ▾    For Business ▾    Try Premium free

**Mark Walters**
Syndicated Talk Radio personality-Armed Ameri...

More    + Follow    Message

### Experience

**Chief Executive Officer**
CCW Broadcast Media LLC · Self-employed
Jul 2013 - Present · 10 yrs 1 mo
United States

CCW Broadcast Media LLC is the parent company of talk radio shows Armed American Radio and Armed American Radio's Daily Defense.

**Syndicated Talk Radio Personality**
Armed American Radio
Apr 2009 - Present · 14 yrs 4 mos
Atlanta, Georgia

Syndicated Talk Radio Personality-Host, nationally syndicated Armed American Radio Network. The fastest growing pro-firearms national radio broadcast in America focused on conservative talk issues and our right to bear arms for self-defense, AAR is heard nationwide in hundreds of cities on over 200 radio stations and growing rapidly. AAR is nationally distributed by the Salem Radio Network.

**Syndicated Talk Radio Host**
Armed American Radio's Daily Defense
Mar 2015 - Present · 8 yrs 5 mos
Greater Atlanta Area

Syndicated Talk Radio Personality-Host, nationally syndicated Armed American Radio Network Daily Defense program. The fastest growing pro-firearms national radio broadcast in America focused on conservative issues and our right to bear arms, AAR Daily Defense is heard nationwide in dozens of cities on dozens of radio stations and growing rapidly. AAR is nationally distributed by the Salem Radio Network.

**Member Board Of Directors**
Citizens Committee for the Right to Keep and Bear Arms
Jan 2015 - Present · 8 yrs 7 mos
Bellevue, WA

**Author**
Lessons from Unarmed America
Jul 2013 - Present · 10 yrs 1 mo
Greater Atlanta Area

Co-author of the book, Lessons from Unarmed America with Rob Pincus and foreword by Ted Nugent. Stories of unarmed violent encounters and personal stories followed up by analysis from one of the nations best self-defense experts, Rob Pincus.

**Author**
Lessons from Armed America
Oct 2009 - Present · 13 yrs 10 mos
Atlanta, Georgia

Co-Author of the highly acclaimed book, Lessons from Armed America. Written with Concealed Carry Magazine Editor, Kathy Jackson, "Lessons" is a compilation of stories of people who found themselves the victims of senseless, violent crime and either used or wished they had a firearm available to them at that moment for self-defense. Each story is then followed up with expert analysis of the individual circumstances. Forward written by famed author, instructor and expert witness, Massad Ayoob.



### On-Air Contributor
American Trigger Sports Network Television
Dec 2010 - Jan 2012 · 1 yr 2 mos
Houston, Texas

Nationally televised on-air contributor, Mark discusses self-defense related issues with host James B. Towle. ATSN can be seen on national television every week on the Pursuit Channel 608 on Directv and 240 HUNT on DISH Network. Check your local cable for subscriber and channel information.

### Vice President-Brokerage Operations
DTI Logistics, Inc
Jul 2007 - Nov 2009 · 2 yrs 5 mos
Atlanta, Georgia

Created and operated national brokerage division from 2007-2009

### CEO
45 Caliber Transportation, Inc.
Jan 2004 - Nov 2007 · 3 yrs 11 mos
Tampa, Florida-Atlanta, Georgia

Founded and operated continuing operations of MCC Transportation, Inc from 2004-2007.

### President-CEO
MCC Transportation, Inc.
Jan 1994 - Jan 2004 · 10 yrs 1 mo
Tampa, Florida

Freight Brokerage Agency. Founded and operated from 1994-2004.

---

## People also viewed

**Joshua Travers** • 3rd
Law Enforcement Professional, Security Professional, Coach, and Instructor

[ Message ]



**Oleg Volk** • 3rd
Creative director, photographer, writer, and inventor. Over 25 years of experience.

[ Connect ]



**Rhonda Mary** • 3rd
Political Commentator, 2A Advocate

[ Connect ]



**Alan Gottlieb** • 3rd  in
Editor and Publisher at "Satellite Mobility World" Editor and Publisher

[ Message ]

**Fred Riehl** • 3rd+
Chairman at GW Plastics

[ Connect ]

Show more ⌄



Privacy & Terms ▾

Sales Solutions

Safety Center

Ad Choices

Mobile

Advertising

Small Business

⚙ **Manage your account and privacy**
Go to your Settings.

🛡 **Recommendation transparency**
Learn more about Recommended Content.

English (English)

LinkedIn Corporation © 2023