# EXHIBIT 2

        



### Fredy Riehl · 3rd
Editor at AmmoLand Shooting Sports News

- AmmoLand.com
- Monmouth University

Manasquan, New Jersey, United States · Contact info

500+ connections

Message    Follow   More

## About

As Founder and Editor In Chief for AmmoLand News I have learned its all about the folks you know. The world of Shooting Sports has such a great industry, made up of the friendliest people you could ever hope to meet.

So if we have not yet met or taken the time to speak please contact me, I would love to hear about your business, your latest hunt or you most recent accomplishment and just get to know you... it is through these same connections that we find the new content for AmmoLand Shooting Sport News.

As many of you know AmmoLand has become a monster in shooting sports and like any monster you have to feed it daily, that is why we are always looking for new stories, news, press and PR for our 50,000 plus daily readers across our website, email, newswire and social media.

If you have something to say, need a place to blog a daily/weekly/monthly column to an already massive audience we welcome you and so will our readers.

Help me feed the monster will ya? Get in touch with me today.

Fredy Riehl
Editor - AmmoLand Shooting Sports News
PO Box 0465
Manasquan, NJ 08736 USA
news@ammoland.com
www.Ammoland.com
732-925-3647:cell
fred.riehl : skype

Specialties: Expert at Social Media Marketing with Concentration in Shooting Sports

Editing for the Internet, Wordpress, SEO Consultant, Photoshop for Web, Editorial, Professional Writing, Press Relations, Search Engine Marketing, Web Site Advertising, Online Media Planning, Social Media Marketing, Affiliate Marketing, Ecommerce Sales, Web Project Management,

Facebook, Twitter, RSS, Word Press, Google Search, Google Analytics, Online Media Kits, Search Research, Link Building, White Hat SEO

**Activity**
3,094 followers

**Fredy hasn't posted yet**
Recent posts Fredy shares will be displayed here.

Show all activity →

## Experience



**Editor-In-Chief & Owner**
AmmoLand.com · Self-employed
Oct 2008 - Present · 14 yrs 10 mos
Sebastian, Florida 32958

Manage, edit and approve all content and editorial appearing on the AmmoLand Shooting Sports News daily news-wire. As the webs …see more

**Owner**
Surfeyes Eyewear
2001 - 2010 · 9 yrs

Owner, developer and marketer of successful online retail accessories e-commerce operation.

**SEO Consultant**
SureSolutions Inc
2005 - 2009 · 4 yrs

Consulted on various SEO projects for multiple midsized eCommerce websites with a focus on Shooting Sports.

**Manager / Buyer / Communications**
Brave New World
1983 - 2001 · 18 yrs

Managed multi-location sporting goods retailer including all aspects of day to day operations, staff, buying and marketing.

## Education



**Monmouth University**
Buisness Administration, Marketing
1985 - 1989



**Monmouth University**
Bachelor's degree, Marketing

## Volunteering



**Professional Outdoor Media Board Member**
Professional Outdoor Media Association (POMA)

## Skills

**Grass Roots Expert**

 5 endorsements

**Social Media**

 Endorsed by Justin Morrissey and 2 others who are highly skilled at this

 Endorsed by 4 colleagues at AmmoLand

  99+ endorsements



**Fun Dad**

Rick Ector - BSIE CASF CLSSGB CSSGB LFPC QMSA SFC and 1 connection have given endorsements for this skill

 4 endorsements

**Show all 50 skills →**

## Recommendations

**Received**    Given



**C.D. (Chuck) Michel** · 2nd

Senior Partner at Michel & Associates, P.C. - Firearms, Environmental, Land Use, Labor Law, Civil Litigation

February 6, 2013, C.D. (Chuck) worked with Fredy but they were at different companies

Fredy's is a tremendous business manager and news producer. His productions are hard hitting and informative. His efforts and hard work really pay off in the form of infomative and useful information that helps preserve and advvance the RKBA.



**Ashley Gall** · 3rd

Experienced Public Relations and Marketing Communications Professional

May 22, 2012, Ashley worked with Fredy but they were at different companies

Fredy is a pleasure to work with and always is quick and responsive to our needs (and that of our clients). His follow up is prompt and thorough and we always enjoy working with him!



**Sarah Franke** · 3rd

Open to Remote Opps in Project/Acct/Traffic Mgt, Client Relations, Marketing, or Customer Service!

May 10, 2012, Sarah was Fredy's client

Working with Fredy to get our press releases posted on ammoland.com is quick and easy, and has a far reach. He goes the extra mile every time, and I enjoy working with him.

**Show all 9 received →**

## Publications

**AmmoLand Shooting Sports News**

Show publication ↗

Ammoland.com, is the web's leading Shooting Sports News Service for the Second Amendment, Firearms, Shooting, Hunting and Conservation communities.

## Honors & awards

**Defender of Liberty Award**
Issued by Second Amendment Foundation · Sep 2012

 Associated with AmmoLand.com

Fredy Riehl was awarded the 'Defender of Liberty' award by Second Amendment Foundation at the SAF 2012 Gun Rights Policy Conference for his work in …see more

## Languages

**American English**

Full professional proficiency

**Gun Speak**
Native or bilingual proficiency

## Organizations

**Professional Outdoor Media Association (POMA)**
Voting Media & 2nd VP POMA Board of Directors · Jan 2013 - Present

⭐ Associated with AmmoLand.com

**National Rifle Association**
Life Member, Ring Of Freedom Member, Board Member's Advocate / Advisor · Oct 2008 - Present

⭐ Associated with AmmoLand.com

**National Shooting Sports Foundation**
Media Member

## Interests

**Companies**   Groups   Schools

**NSSF—The Firearm Industry Trade Association**
40,602 followers

\+ Follow

**Monmouth University**
48,947 followers

\+ Follow

**Show all companies →**

## Causes

Civil Rights and Social Action • Politics

English          Español

Ad  •••

Explore biopharmaceutical accounting careers

Support the development of new treatments & cures

**Find opportunities**

## People also viewed

**Daniel Wagner** · 3rd
Navy Corpsman

🔒 Message

**David Haley** · 3rd
United States Marine Corps (Ret.)

👤+ Connect

**Brian Oberschmid** · 3rd
MN | WI Realtor

👤+ Connect

**Joy Sample(Swanson)** · 3rd
Experienced Office Professional

👤+ Connect

**Darrin Lee** · 3rd
Marine at United States Marine Corps

👤+ Connect

Show more ⌄

### People you may know
From Fredy's company

**Jim Grant**
Managing Editor at AmmoLand Shooting Sports News

👤+ Connect

**Michael Ware**
CEO - Controlled Chaos Arms

👤+ Connect

**Brian Johnson**
CEO, Co-Founder, Digital Marketing Executive, Ammoland.com

👤+ Connect

**Dean Weingarten**
Blogger

👤+ Connect

### You might like
Pages for you

**American Bar Association**
Legal Services
240,681 followers

👤 1 connection works here

➕ Follow

**State Bar of Texas**
Legal Services
16,068 followers

👥 42 connections follow this page



+ Follow

Show more

Promoted

Attorney Needed ASAP
Crucial need for a local attorney in your area. View new cases today.

Hey Attorneys?
When the court requires a surety bond for your clients, get them online.

Want an Expert Advantage?
Let the Experts on Experts take your expert witness team to the next level.

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
| Community Guidelines | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023