# EXHIBIT 4

 OpenAI                                                                          Menu

# About

OpenAI is an AI research and deployment company. Our mission is to ensure that artificial general intelligence benefits all of humanity.



## Our vision for the future of AGI



Read our plan for AGI

Read our Charter





consider our mission fulfilled if our work aids others to achieve this outcome.



## Our work

### Research



Learn about our research



**Forecasting potential misuses of language models for disinformation campaigns and how to reduce risk**

Jan 11, 2023





**Point-E: A system for generating 3D point clouds from complex prompts**
Dec 16, 2022





**Introducing Whisper**

Sep 21, 2022





**DALL·E 2 pre-training mitigations**
Jun 28, 2022

## Products

Our API platform offers our latest models and guides for safety best practices.

Explore our products



**New and improved embedding model**
Dec 15, 2022





**Introducing ChatGPT**

Nov 30, 2022

# OpenAI



**DALL·E now available without waitlist**

Sep 28, 2022





**New and improved content moderation tooling**
Aug 10, 2022

# Careers at OpenAI

Developing safe and beneficial AI requires people from a wide range of disciplines and backgrounds.





## Our structure

We are governed by a nonprofit and our unique capped-profit model drives our commitment to safety. This means that as AI becomes more powerful, we can redistribute profits from our work to maximize the social and economic benefits of AI technology.

Read about OpenAI LP

Read about our structure





# Join us in shaping the future of technology.





**Research**
Overview
Index

**Product**
Overview
ChatGPT
GPT-4
DALL·E 2
Customer stories
Safety standards
Pricing

**Safety**
Overview

**Company**
About
Blog
Careers
Charter
Security

OpenAI © 2015–2023
Terms & policies
Privacy policy
Brand guidelines

Social
Twitter
YouTube
GitHub
SoundCloud
LinkedIn

