# EXHIBIT 9





PODCASTS **NEW**   LISTEN LIVE   WATCH LIVE   SPONSORS   PREMIUM PLAN

SHOP

START LISTENING

SPONSORED BY



# WELCOME TO ARMED AMERICAN RADIO

### Mark Walters Is The Loudest Voice In America Fighting For Gun Rights.

"The Extremely Powerful Voice Of Mark Walters On Armed American Radio Being Heard In Hundreds Of Cities Across America On Hundreds Of Radio Stations Is An Essential Part Of Securing Victory And Countering The Mainstream Legacy Media's Lies And Bias Against Gun Owners, Our Rights, And Our Freedoms."

- Alan Gottlieb, Founder-The Second Amendment Foundation

# AAR SPONSORS



PODCASTS   LISTEN LIVE   WATCH LIVE   SPONSORS   PREMIUM PLAN

  

SHOP

# Trending Episodes

Explore Our Professional, Curated Podcast Content

DISCOVER MORE EPISODES

### 07-18-2023 HR 2 Gov. Noem under fire for 2 y/o granddaughter owning a gun and more

July 18th, 2023 | Daily Defense

Gov. Noem under fire for 2 y/o granddaughter owning a gun and

### 07-18-2023 HR 1 Dems hate pro-gun Jason Aldean song

July 18th, 2023 | Daily Defense

Dems hate pro-gun Jason Aldean song and more left-wing nonsense

Read More   0

### 07-17-2023 HR 1 One year anniversary of CCW stopping mass murder. Media? Silent

July 17th, 2023 | Daily Defense

First anniversary of CCW stopping mass murder. Media? Silent

### 07-16-2023 HR 3 Classic Roundtable with Neil, Justin and Brad

July 17th, 2023 | Armed American Radio

Classic Roundtable with Neil, Justin, and Brad

Read More   0

# Search Our Archive

Search To Find What You're Looking For

- PODCASTS  NEW
- LISTEN LIVE
- WATCH LIVE
- SPONSORS
- PREMIUM PLAN
- SHOP

🔍 Search…

## Also Available On

Our Podcast Content Is Also Available On The Following Platforms:

| Google | Apple | Stitcher | RadioPublic | Spotify | iHeartRadio |

**BECOME A SPONSOR**

### ARMED AMERICAN NEWS



The freedom lover's answer to the mainstream media's disinformation.

### QUICK MENU

- HOME
- PODCASTS
- JOIN AAR
- SPONSORS
- NEWS

### RECENT BLOGS

- 07-18-2023 HR 2 Gov. Noem under fire for 2 y/o granddaughter owning a gun and more
  July 18, 2023

- 07-18-2023 HR 1 Dems hate pro-gun Jason Aldean song
  July 18, 2023

- 07-17-2023 HR 2 Defund cops? LAPD union boss tells cops to go where they're wanted and leave LAPD!
  July 17, 2023

- 07-17-2023 HR 1 One year anniversary of CCW stopping mass murder. Media? Silent

### ARCHIVES

Select Month

COPYRIGHT 2023 | ARMED AMERICAN RADIO | ALL RIGHTS RESERVED | DIGITAL MARKETING & WEB DESIGN BY BLUPRINT DIGITAL MARKETING | PRIVACY POLICY |