IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-03122-MLB |
| ) | |
| OPENAI, L.L.C., ) | |
| ) | |
|       Defendant. ) | |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff moves for an extension of time of five weeks in which to respond to Defendant's Motion to Dismiss [Doc. 12]. As grounds for this Motion, Plaintiff relies on the record and a contemporaneously filed Brief.

      /s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
State Bar No. 516193
678-362-7650
jrm@johnmonroelaw.com
Attorneys for Plaintiff