**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **MARK WALTERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:23-CV-03122-MLB** |
| | ) | |
| **OPENAI, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## BRIEF IN SUPPORT OF PLAINTIFF'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff moves for an extension of time of five weeks in which to respond to Defendant's Motion to Dismiss [Doc. 12]. As grounds for this Motion, Plaintiff shows the Court that Defendant filed its motion on July 21, 2023. The current deadline to file a response is therefore August 4, 2023. L.R. 7.1(B).

Plaintiff's counsel has a previously-filed leave of absence [Doc. 4] with leave dates of July 31-August 4 and August 9-August 23. Counsel has a brief due at the 11th Circuit August 18, 2023. Counsel also is scheduled for a jury trial in Dawson County, Georgia the week of August 28. Plaintiff therefore requests an extension of time in which to file a response to Defendant's Motion to Dismiss of five weeks, until September 8, 2023.

Plaintiff has consulted with defense counsel regarding the proposed extension and defense counsel has indicated it does not oppose the requested extension.

_____/s/ John R. Monroe_____
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
State Bar No. 516193
678-362-7650
jrm@johnmonroelaw.com
Attorneys for Plaintiff