IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-03122-MLB |
| ) | |
| OPENAI, L.L.C., ) | |
| ) | |
|         Defendant. ) | |

## ORDER ON PLAINTIFF'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Before the Court is Plaintiff's Unopposed Motion for an Extension of Time in Which to Respond to Defendant's Motion to Dismiss. The Motion is well taken and it is GRANTED. Plaintiff shall have through and including September 8, 2023 in which to file a response to Defendant's Motion to Dismiss [Doc. 12].

By the Court:

_____
Michael L. Brown, Judge
U.S. District Court

1