IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-03122-MLB |
| ) | |
| OPENAI, L.L.C., ) | |
| ) | |
|         Defendant. ) | |

**ORDER ON PLAINTIFF'S *UNOPPOSED* MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Before the Court is Plaintiff's Motion for an Extension of Time in Which to Respond to Defendant's Motion to Dismiss (Dkt. 18). The Court **GRANTS** the motion as unopposed. Plaintiff shall have through and including September 8, 2023 in which to file a response to Defendant's Motion to Dismiss (Dkt. 12).

SO ORDERED this 26th day of July, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE