**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MARK WALTERS | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03122-MLB |
| OpenAI, L.L.C., | ) ) | |
| Defendant. | ) ) ) | |

## <u>JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN</u>

Defendant OpenAI, L.L.C., ("Defendant") and Plaintiff Mark Walters, by and through its undersigned counsel, jointly move this Court for an extension of time to submit the Joint Preliminary Report and Discovery Plan up to and including August 28, 2023. The current deadline is August 14, 2023, and Plaintiff's counsel has previously requested a leave of absence for a three-week period during this time.

Dated: August 7, 2023

Respectfully submitted,

By: */s/ John R. Monroe*
John R. Monroe
John R. Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA 30534
678-362-7650
jrm@johnmonroelaw.com
*Attorney for Plaintiff*

By: */s/ Brendan Krasinski*
Brendan Krasinski
Georgia Bar No. 159089
DLA Piper LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
Tel.: (404) 736-7861
Fax: (404) 682-7831

brendan.krasinski@dlapiper.com

Danny Tobey, *pro hac vice*
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@dlapiper.com

Ashley Allen Carr, *pro hac vice*
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@dlapiper.com

Ilana H. Eisenstein, *pro hac vice*
Marie Bussey-Garza, *pro hac vice*
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel.: (215) 656-3300
Fax: (215) 656-3301
ilana.eisenstein@us.dlapiper.com
marie.bussey-
garza@us.dlapiper.com

Peter Karanjia, *pro hac*
500 Eighth Street, NW
Washington, DC 20004
Tel.: (202) 799-4000
Fax: (202) 799-5000
peter.karanjia@dlapiper.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of August 2023, I electronically filed the foregoing JOINT MOTION FOR EXTENSION TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Dated: August 7, 2023

By: */s/ Brendan Krasinski*
Brendan Krasinski