THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS           )<br>                        )<br>      Plaintiff,        )<br>                        )<br>v.                      )<br>                        )<br>OpenAI, L.L.C.,         )<br>                        )<br>      Defendant.        )<br>                        ) | Civil Action No. 1:23-cv-03122-MLB |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

Upon consideration of the Joint Motion for Extension of Time to Submit the Joint Preliminary Report and Discovery Plan, same is hereby **GRANTED**. The Parties hereby have up to and including August 28, 2023.

SO ORDERED, this _____ day of _____, 2023.

_____
HONORABLE MIKE L. BROWN
DISTRICT COURT JUDGE