THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OpenAI, L.L.C., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:23-cv-03122-MLB |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Upon consideration of the Joint Motion for Extension of Time to Submit the Joint Preliminary Report and Discovery Plan, same is hereby **GRANTED**. The Parties hereby have up to and including August 28, 2023.

SO ORDERED this 8th day of August, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE