# EXHIBIT A

# Krasinski, Brendan

| | |
|---|---|
| **From:** | john monroe <jrm@johnmonroelaw.com> |
| **Sent:** | Tuesday, August 8, 2023 10:09 AM |
| **To:** | Krasinski, Brendan |
| **Cc:** | Bailey, Jamye; Eisenstein, Ilana |
| **Subject:** | Re: Proposed Joint Motion for Extension - Joint Preliminary Report |
| **Categories:** | OpenAI |

⚠️ **EXTERNAL MESSAGE**

Brendan, yes, I agree the amount in controversy exceeds $75,000.

John Monroe
jrm@johnmonroelaw.com
678 362 7650

On Tue, Aug 8, 2023 at 10:07 AM Krasinski, Brendan <brendan.krasinski@us.dlapiper.com> wrote:

> John
>
> We understand your position as it relates to diversity of citizenship but assume you agree the amount in controversy exceeds $75,000 given your $7 million demand unless you inform us otherwise.
>
> Brendan
>
> **Brendan G. Krasinski**
> Senior Attorney
>
> T  +1 404 736 7861
> F  +1 404 682 7831
> M +1 404 556 7543
> brendan.krasinski@us.dlapiper.com
>
> **DLA Piper LLP (US)**
> One Atlantic Center
> 1201 West Peachtree Street, Suite 2900
> Atlanta, GA  30309-3450
>
> DLA PIPER
>
> dlapiper.com

1

**From:** john monroe <jrm@johnmonroelaw.com>
**Sent:** Tuesday, August 8, 2023 8:27 AM
**To:** Krasinski, Brendan <brendan.krasinski@us.dlapiper.com>
**Cc:** Bailey, Jamye <Jamye.Bailey@us.dlapiper.com>; Eisenstein, Ilana <Ilana.Eisenstein@us.dlapiper.com>
**Subject:** Re: Proposed Joint Motion for Extension - Joint Preliminary Report

⚠ EXTERNAL MESSAGE

Brendan,

In light of yesterday's order, I cannot in good conscience state that there are no questions regarding the court's jurisdiction. I think we have to change the answer of No. 4 from "no" to "yes," with an explanation that says something like, "On August 7, 2023, the Court entered an order finding inadequate the showing of diversity jurisdiction. The Court ordered Defendant to show cause why the case should not be remanded to state court. As of this writing, that issue remains unresolved."

Thanks.

John Monroe

jrm@johnmonroelaw.com

678 362 7650

On Mon, Aug 7, 2023 at 1:52 PM Krasinski, Brendan <brendan.krasinski@us.dlapiper.com> wrote:

> Thanks, John. We will get it filed.
>
> Brendan

2

Brendan G. Krasinski
Senior Attorney

T  +1 404 736 7861
F  +1 404 682 7831
M  +1 404 556 7543
brendan.krasinski@us.dlapiper.com

**DLA Piper LLP (US)**
One Atlantic Center
1201 West Peachtree Street, Suite 2900
Atlanta, GA  30309-3450



dlapiper.com

**From:** john monroe <jrm@johnmonroelaw.com>
**Sent:** Monday, August 7, 2023 1:51 PM
**To:** Krasinski, Brendan <brendan.krasinski@us.dlapiper.com>
**Cc:** Bailey, Jamye <Jamye.Bailey@us.dlapiper.com>; Eisenstein, Ilana <Ilana.Eisenstein@us.dlapiper.com>
**Subject:** Re: Proposed Joint Motion for Extension - Joint Preliminary Report

⚠ EXTERNAL MESSAGE

Brendan,

This looks fine to me, thanks.

John Monroe

jrm@johnmonroelaw.com

678 362 7650

On Mon, Aug 7, 2023 at 1:31 PM Krasinski, Brendan <brendan.krasinski@us.dlapiper.com> wrote:

> John-

3

Nice speaking with you today. Attached is a draft joint motion for an extension of time and proposed order for your review and approval.

Brendan

# Brendan G. Krasinski
Senior Attorney

| | |
|---|---|
| T  +1 404 736 7861 | **DLA Piper LLP (US)** |
| F  +1 404 682 7831 | One Atlantic Center |
| M +1 404 556 7543 | 1201 West Peachtree Street, Suite 2900 |
| brendan.krasinski@us.dlapiper.com | Atlanta, GA  30309-3450 |



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.