| | |
|---|---|
| MARK WALTERS )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>OpenAI, L.L.C., )<br>)<br>   Defendant. )<br>) | Civil Action No. 1:23-cv-03122-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of August 2023, I caused the foregoing Defendant OpenAI's Rule 26 Initial Disclosures to be served on Plaintiff's counsel of record via email to:

> John R. Monroe
> John Monroe Law, P.C.
> 156 Robert Jones Rd.
> Dawsonville, GA 30534
> jrm@johnmonroelaw.com

Dated: August 21, 2023

                                By: */s/ Brendan Krasinski*
                                     Brendan Krasinski

11