# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS ) ) Plaintiff, ) ) v. ) ) OpenAI, L.L.C., ) ) Defendant. ) ) | Civil Action No. 1:23-cv-03122-MLB |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Defendant OpenAI, L.L.C., ("Defendant"), by and through its undersigned counsel, moves this Court to extend the parties' time to submit the Joint Preliminary Report and Discovery Plan up to and including September 4, 2023. The current deadline is August 28, 2023. Defendant requests the extension to give it more time to propose and discuss with Plaintiff the sources and scope of the production of electronically stored information ("ESI") and the format for the production of ESI, method of production, and the inclusion or exclusion and use of metadata to hopefully avoid having to request a scheduling conference with this Court in accordance with paragraph 9 of the Joint Preliminary Report and Discovery Plan. Plaintiff consents to this motion.

The requested extension will not cause any delay because Defendant's Motion to Dismiss is still pending, Defendant has not yet answered Plaintiff's Complaint, and as such, the discovery period in this action has not commenced. *See* L.R. 26.2(A). Moreover, the requested deadline is five (5) days earlier than current deadline for Plaintiff to respond to Defendant's Motion to Dismiss and nineteen (19) days before the likely deadline for Defendant to file a reply in support of its Motion to Dismiss. As such, the discovery period in this case will not commence for at least forty-nine (49) days after the proposed September 4, 2023 deadline. *See* L.R. 26.2(A).

Dated: August 24, 2023

Respectfully submitted,

By: */s/ Brendan Krasinski*
Brendan Krasinski
Georgia Bar No. 159089
DLA Piper LLP (US)
1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
Tel.: (404) 736-7861
Fax: (404) 682-7831
brendan.krasinski@dlapiper.com

Danny Tobey, *pro hac vice*
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545

       danny.tobey@dlapiper.com

       Ashley Allen Carr, *pro hac vice*
       303 Colorado Street, Suite 3000
       Austin, TX 78701
       Tel.: (512) 457-7000
       Fax: (512) 457-7001
       ashley.carr@dlapiper.com

       Ilana H. Eisenstein, *pro hac vice*
       Marie Bussey-Garza, *pro hac vice*
       One Liberty Place
       1650 Market Street, Suite 5000
       Philadelphia, PA 19103
       Tel.: (215) 656-3300
       Fax: (215) 656-3301
       ilana.eisenstein@us.dlapiper.com
       marie.bussey-
       garza@us.dlapiper.com

       Peter Karanjia, *pro hac*
       500 Eighth Street, NW
       Washington, DC 20004
       Tel.: (202) 799-4000
       Fax: (202) 799-5000
       peter.karanjia@dlapiper.com

       *Attorneys for Defendant*

ACTIVE\1602097844.1

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing CONSENT MOTION FOR AN EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN was prepared with Times New Roman, 14-point font, in accordance with LR 5.1(B).

Dated: August 24, 2023

                                                        By: */s/ Brendan Krasinski*
                                                           Brendan Krasinski

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of August 2023, I electronically filed the foregoing CONSENT MOTION FOR AN EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Dated: August 24, 2023

                                            By: */s/ Brendan Krasinski*
                                                   Brendan Krasinski