THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OpenAI, L.L.C., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:23-cv-03122-MLB |

## [PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

Upon consideration of the Consent Motion for Extension of Time to Submit the Joint Preliminary Report and Discovery Plan, same is hereby **GRANTED**. The Parties hereby have up to and including September 4, 2023.

SO ORDERED, this _____ day of _____, 2023.

_____
HONORABLE MICHAEL L. BROWN
DISTRICT COURT JUDGE

ACTIVE\1602097919.1