THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS )<br><br>Plaintiff, )<br><br>v. )<br><br>OpenAI, L.L.C., )<br><br>Defendant. ) | Civil Action No. 1:23-cv-03122-MLB |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

Upon consideration of the Consent Motion for Extension of Time to Submit the Joint Preliminary Report and Discovery Plan, same is hereby **GRANTED**. The Parties hereby have up to and including September 4, 2023.

SO ORDERED this 25th day of August, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE