IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Mark Walters,

        Plaintiff,

v.                            Case No. 1:23-cv-3122-MLB

OpenAI, L.L.C.,

        Defendant.

_____/

## SCHEDULING ORDER

Before the Court is the parties' Joint Preliminary Report and Discovery Plan (Dkt. 27) (the "Plan"). Having considered the Plan, it is hereby **APPROVED**. The time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court. This case is assigned to a four-month discovery track. Pursuant to Local Rule 26.2(A), the four-month discovery period will begin to run upon resolution of the pending motion to dismiss (Dkt. 12) and any subsequent answer filed by Defendant.

**SO ORDERED** this 7th day of September, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE