THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS ) )    Plaintiff, ) ) v. ) ) OpenAI, L.L.C., ) )    Defendant. ) ) | Civil Action No. 1:23-cv-03122-MLB |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO SUBMIT THE JOINT PRELIMINARY REPORT AND DISCOVERY PLAN**

Upon consideration of OpenAI, L.L.C.'s Unopposed Motion for Extension of Time to Respond to Amended, the same is hereby **GRANTED**. OpenAI, L.L.C. hereby has up to and including October 13, 2023.

SO ORDERED, this _____ day of _____, 2023.

                                                                                                                                     _____
                                                                                                                                     HONORABLE MICHAEL L. BROWN
                                                                                                                                     DISTRICT COURT JUDGE