THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS )<br><br> Plaintiff, )<br><br>v. )<br><br>OpenAI, L.L.C., )<br><br> Defendant. ) | Civil Action No. 1:23-cv-03122-MLB |

## ORDER

Upon consideration of OpenAI, L.L.C.'s Unopposed Motion for Extension of Time to Respond to Amended Complaint, the same is hereby **GRANTED**. OpenAI, L.L.C. hereby has up to and including October 13, 2023 to respond to Plaintiff's Amended Complaint.

SO ORDERED this 14th day of September, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE