THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OpenAI, L.L.C., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:23-cv-03122-MLB |

**DEFENDANT OPENAI'S RESPONSE TO
ORDER DATED SEPTEMBER 22, 2023**

Defendant OpenAI, L.L.C., ("OpenAI") respectfully submits this Response to the Court's September 22, 2023 Order, directing OpenAI to "affirmatively identify by name each member of an LLC and then allege whatever specific facts are necessary to establish the citizenship of that member" for the purpose of establishing subject matter jurisdiction.

In response, OpenAI withdraws its notice of removal, as OpenAI is not in a position to provide further information beyond its prior filings. *See, e.g.,* Dkt. 22.

October 6, 2023                                     Respectfully submitted,

By: */s/ Brendan Krasinski*
Brendan Krasinski
Georgia Bar No. 159089
DLA Piper LLP (US)

1

1201 West Peachtree Street, Suite 2900
Atlanta, Georgia 30309
Tel.: (404) 736-7861
Fax: (404) 682-7831
brendan.krasinski@us.dlapiper.com

Danny Tobey, *pro hac vice*
1900 N. Pearl St., Suite 2200
Dallas, TX 75201
Tel.: (214) 743-4500
Fax: (214) 743-4545
danny.tobey@us.dlapiper.com

Ashley Allen Carr, *pro hac vice*
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7000
Fax: (512) 457-7001
ashley.carr@us.dlapiper.com

Ilana H. Eisenstein, *pro hac vice*
Marie Bussey-Garza, *pro hac vice*
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel.: (215) 656-3300
Fax: (215) 656-3301
ilana.eisenstein@us.dlapiper.com
marie.bussey-garza@us.dlapiper.com

Peter Karanjia, *pro hac vice*
500 Eighth Street, NW
Washington, DC 20004
Tel.: (202) 799-4000
Fax: (202) 799-5000
peter.karanjia@us.dlapiper.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

    I hereby certify that, on this 6th day of October 2023, I electronically filed the foregoing RESPONSE TO ORDER DATED SEPTEMBER 22, 2023 with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

Dated: October 6, 2023

                                          By: */s/ Brendan Krasinski*
                                                Brendan Krasinski