**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MARK WALTERS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-03122-MLB |
| ) | |
| **OPENAI, L.L.C.,** ) | |
| ) | |
| Defendant. ) | |

# PLAINTIFF'S MOTION FOR COSTS AND ATTORNEY'S FEES PURSUANT TO 28 U.S.C. § 1447(c).

Plaintiff moves for an award of costs and attorney's fees upon the remand of this case to state court. As grounds for this Motion, Plaintiff relies on the record and the accompanying documents.

                /s/ John R. Monroe
                John R. Monroe
                John Monroe Law, P.C.
                156 Robert Jones Road
                Dawsonville, GA  30534
                State Bar No. 516193
                678-362-7650
                jrm@johnmonroelaw.com
                Attorneys for Plaintiff