# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **MARK WALTERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:23-CV-03122-MLB** |
| | ) | |
| **OPENAI, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DECLARATION OF JOHN MONROE

John Monroe declares as follows under penalty of perjury:

1.  I am at least 18 years of age and otherwise competent to make this declaration.

2.  I am the sole legal counsel for Plaintiff Mark Walters in this action.

3.  On July 17, 2023, I emailed counsel for Defendant and told him the removal documents contained insufficient information from which a determination of diversity could be made.

4.  After I filed the response to Defendant's response to the Court's first order to show cause, Defendant's counsel called me and said he thought the case would be remanded.

5.  I spent a total of 21 hours on this case after removal, with such hours all being necessitated by the removal. Excerpts of my time records pertaining to time spent on the case after removal, and necessitated by removal, are attached as an Exhibit.

1

6. These hours were reasonably necessary for this case.

7. I have been practicing law for over 30 years.

8. My hourly rate is $400 per hour.

9. This is the rate I charge clients that I charge on an hourly basis.

10. The rate is reasonable and at or below the market for attorneys practicing litigation with my level of experience.

11. I have extensive experience litigating cases in trial and appellate courts at the state and federal levels.

12. In September of 2023, I settled a fee award in Oglethorpe County, Georgia with opposing counsel at a rate of $400 per hour.

13. In March of 2023, my hourly rate of $400 was found to be reasonable in a civil rights case against the State of Wisconsin by the Circuit Court of Brown County, Wisconsin, which awarded fees based on that rate.

I declare under penalty of perjury that the foregoing statements are true.

_____/s/ John R. Monroe_____
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
State Bar No. 516193
678-362-7650
jrm@johnmonroelaw.com
Attorneys for Plaintiff

2

| Date | Activity | Time |
|------|----------|------|
| 7/17/2023 | Review notice of removal and accomanying docs | 1.3 |
| 7/17/2023 | Review standing order of Judge MLB | 1.2 |
| 7/17/2023 | Draft and file certificate of interested persons | 0.4 |
| 7/17/2023 | Correspondence with opposing counsel | 0.2 |
| 7/21/2023 | Review notice of LLC membership | 0.3 |
| 7/21/2023 | Review motion to dismiss and accompanying docs | 3.7 |
| 7/22/2023 | Call with client to discuss MTD | 1.1 |
| 7/25/2023 | Correspondence with opposing counsel | 0.2 |
| 7/26/2023 | Correspondence with opposing counsel | 0.2 |
| 7/26/2023 | Draft and file motion for extension of time to file response | 0.4 |
| 7/26/2023 | Review order granting extention | 0.2 |
| 8/4/2023 | Correspondence with opposing counsel | 0.2 |
| 8/5/2023 | Correspondence with opposing counsel | 0.1 |
| 8/6/2023 | Draft joint discovery plan | 0.6 |
| 8/7/2023 | Correspondence with opposing counsel | 0.2 |
| 8/7/2023 | Review motion for ext to file joint report | 0.2 |
| 8/7/2023 | Review order to show cause re diversity | 0.1 |
| 8/7/2023 | Review orders granting PHV | 0.2 |
| 8/7/2023 | Correspondence with client re diversity | 0.4 |
| 8/7/2023 | Rule 26f conference | 0.6 |
| 8/8/2023 | Correspondence with opposing counsel | 0.2 |
| 8/8/2023 | Review order granting extention | 0.2 |
| 8/21/2023 | Correspondence with opposing counsel | 0.2 |
| 8/21/2023 | Review Def response to order to show cause | 0.7 |
| 8/21/2023 | Draft and file response to response to order to show cause | 0.8 |
| 8/21/2023 | Review Def Initial Disclosures | 0.5 |
| 8/22/2023 | Draft and serve initial disclosures | 0.9 |
| 9/7/2023 | Correspondence with opposing counsel | 0.1 |
| 9/7/2023 | Call with opposing counsel | 0.2 |
| 9/7/2023 | Review Joint Report | 0.3 |
| 9/7/2023 | Review order on joint report | 0.2 |
| 9/8/2023 | Correspondence with opposing counsel | 0.2 |
| 9/14/2023 | Correspondence with opposing counsel | 0.3 |
| 9/22/2023 | Review 2nd order to show cause | 0.2 |
| 9/22/2023 | Meet with client re diversity and MTD | 1.2 |
| 10/5/2023 | Correspondence with opposing counsel | 0.1 |
| 10/6/2023 | Draft and file motion for fees on remand | 2.9 |

21