# EXHIBIT 1



## Mark Walters

Syndicated Talk Radio personality-Armed American Radio – CEO CCW Broadcast Media LLC

Canton, Georgia, United States

435 followers · 427 connections

 See your mutual connections

Sign in to view profile

 **CCW Broadcast Media LLC**

 **Radford University - College of Business and Economics**

 **Websites**

## About

On-air national radio host-broadcaster, author, columnist and commentator. Founder, owner and CEO of Armed American Radio and parent company, CCW Broadcast Media LLC. Nationally Syndicated host of the Armed American Radio broadcasts. I bring hard-hitting conservative discussion of current events with a focus on the right to keep and bear arms to hundreds of radio stations and hundreds of cities across America every Sunday night from 8p-11p ET, 5p-8p PT and

Armed American Radio's Daily Defense with Mark Walters weekdays 4-5p ET, 1-2p PT. AAR and AAR Daily Defense are distributed by the Salem Radio Network. My other titles and positions include being an active member of the Board of Directors of Citizens Committee for the Right to Keep and Bear Arms (CCRKBA) and 2015 National Gun Rights Defender of the Year Award recipient. I recently joined the Board of Directors of Jews for the Preservation of Firearms Ownership (JPFO) Author, Lessons from Armed America, with Kathy Jackson and foreword by Massad Ayoob, author, Lessons from Unarmed America with Rob Pincus and foreword by Ted Nugent and my latest work, Grilling While Armed - How to get off the gas and become your neighborhood BBQ pit boss in one day, with George "The Mad Ogre" Hill.

# Experience



**Chief Executive Officer**

CCW Broadcast Media LLC

Jul 2013 - Present · 10 years 4 months

United States

CCW Broadcast Media LLC is the parent company of talk radio shows Armed American Radio and Armed American Radio's Daily Defense.



**Syndicated Talk Radio Personality**

Armed American Radio

Apr 2009 - Present · 14 years 7 months

Atlanta, Georgia

Syndicated Talk Radio Personality-Host, nationally syndicated Armed American Radio Network. The fastest growing pro-firearms national radio broadcast in America focused on conservative talk issues and our right to bear arms for self-defense, AAR is heard nationwide in hundreds of cities on over 200 radio stations and growing rapidly. AAR is nationally distributed by the Salem Radio Network.



**Syndicated Talk Radio Host**

Armed American Radio's Daily Defense

Mar 2015 - Present · 8 years 8 months

Greater Atlanta Area

Syndicated Talk Radio Personality-Host, nationally syndicated Armed American Radio Network Daily Defense program. The fastest growing pro-firearms national radio

broadcast in America focused on conservative issues and our right to bear arms, AAR Daily Defense is heard nationwide in dozens of cities on dozens of radio stations and growing rapidly. AAR is nationally distributed by the Salem Radio Network.



### Member Board Of Directors

Citizens Committee for the Right to Keep and Bear Arms

Jan 2015 - Present · 8 years 10 months

Bellevue, WA



### Author

Lessons from Unarmed America

Jul 2013 - Present · 10 years 4 months

Greater Atlanta Area

Co-author of the book, Lessons from Unarmed America with Rob Pincus and foreword by Ted Nugent. Stories of unarmed violent encounters and personal stories followed up by analysis from one of the nations best self-defense experts, Rob Pincus.



### Author

Lessons from Armed America

Oct 2009 - Present · 14 years 1 month

Atlanta, Georgia

Co-Author of the highly acclaimed book, Lessons from Armed America. Written with Concealed Carry Magazine Editor, Kathy Jackson, "Lessons" is a compilation of stories of people who found themselves the victims of senseless, violent crime and either used or wished they had a firearm available to them at that moment for self-defense. Each story is then followed up with expert analysis of the individual circumstances. Forward written by famed author, instructor and expert witness, Massad Ayoob.



### On-Air Contributor

American Trigger Sports Network Television

Dec 2010 - Jan 2012 · 1 year 2 months

Houston, Texas

Nationally televised on-air contributor, Mark discusses self-defense related issues with host James B. Towle. ATSN can be seen on national television every week on the Pursuit Channel 608 on Directv and 240 HUNT on DISH Network. Check your local cable for subscriber and channel information.


**Vice President-Brokerage Operations**
DTI Logistics, Inc

Jul 2007 - Nov 2009 · 2 years 5 months

Atlanta, Georgia

Created and operated national brokerage division from 2007-2009


**CEO**
45 Caliber Transportation, Inc.

Jan 2004 - Nov 2007 · 3 years 11 months

Tampa, Florida-Atlanta, Georgia

Founded and operated continuing operations of MCC Transportation, Inc from 2004-2007.


**President-CEO**
MCC Transportation, Inc.

Jan 1994 - Jan 2004 · 10 years 1 month

Tampa, Florida

Freight Brokerage Agency. Founded and operated from 1994-2004.

# Education


**Radford University - College of Business and Economics**
BS · Business Management

1981 - 1984

## View Mark's full profile

- See who you know in common
- Get introduced
- Contact Mark directly

Sign in to view full profile

## Sign in

Stay updated on your professional world

Sign in

By clicking Continue, you agree to LinkedIn's **User Agreement**, **Privacy Policy**, and **Cookie Policy**.

Continue with Google

New to LinkedIn? **Join now**

# People also viewed


**Sean Young**
Side Kick \ Co Host - Seanto National Radio Program Armed American Radio Show
Fort Worth, TX

 Connect


**Alan Gottlieb**
Owner and Principal at Write. Edit. Think. LLC
Denver, CO

Connect


**Alan Gottlieb**
Editor and Publisher at "Satellite Mobility World" Editor and Publisher
Arlington, VA

 Connect


**Ronda Mary**
Billing Clerk at Logistics Executive Group
Tomball, TX

+ Connect


**Kelly Wallach**
Litigation Paralegal at Rubin Lublin, LLC
Atlanta, GA

+ Connect


**Rhonda Mary**
Political Commentator, 2A Advocate
Washington DC-Baltimore Area

+ Connect


**Fred Riehl**
Chairman at GW Plastics
Bethel, VT

+ Connect


**Ross Nemeroff**
Detective Sergeant at Los Angeles Police Department
United States

+ Connect


**Oleg Volk**
Creative director, photographer, writer, and inventor. Over 25 years of experience.
Lebanon, TN

+ Connect


**Steve Castor**
Sales Manager at Barrett Supplies & Equipment
Fortville, IN

+ Connect

Show more profiles ⌄

 **Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Mark Walters** in **United States**


**Mark Walters**
Global Procurement at Steelcase
Grand Rapids Metropolitan Area


**Mark Walters**
Senior Operations leader with eleven years experience directly related to Supply Chain, Manufacuring and Business Operations
Denver, CO


**Mark Walters**
Ho-Ho-Kus, NJ


**Mark Walters**
Global Account Director - Strategic Healthcare at Adobe
Pittsburgh, PA


**Mark Walters**
Emeritus - Chief Human Resources Officer at University of Wisconsin-Madison
Greater Madison Area

480 others named Mark Walters in United States are on LinkedIn

See others named **Mark Walters**

## Add new skills with these courses


How to Present and Stay on Point


Designing Accessible Components In Figma


Storytelling for Advertising Campaigns

See all courses

## Mark's public profile badge

Include this LinkedIn profile on other websites

 **Mark Walters**
Syndicated Talk Radio personality-Armed American Radio – CEO CCW Broadcast Media LLC

 Chief Executive Officer at CCW Broadcast Media LLC

 Radford University - College of Business and Economics

View profile

LinkedIn

View profile badges

| | |
|---|---|
| LinkedIn © 2023 | About |
| Accessibility | User Agreement |
| Privacy Policy | Your California Privacy Choices |
| Cookie Policy | Copyright Policy |
| Brand Policy | Guest Controls |
| Community Guidelines | Language |