# EXHIBIT 2

 MENU 

Today is Friday, October 13, 2023 🔊 **RSS feed**

## About Mark Walters

Mark Walters is the host of two nationally syndicated radio broadcasts, Armed American Radio and Armed American Radio's Daily Defense with Mark Walters. He is the Second Amendment Foundations 2015 Gun Rights Defender of the Year award recipient and co-author of several books, including Grilling While Armed, Lessons from Armed America, and Lessons from Unarmed America. Mark is also a member of the Board of Directors of The Citizens Committee for the Right to Keep and Bear Arms. Follow Mark and support pro-gun media.

**@aarradio**   **Facebook**   **On The Web**

## ARTICLES

### Second Amendment Activists ~ Now Is NOT the Time To Retreat, Hold the Line!



Ammoland Inc. Posted on October 5, 2022 by Mark Walters

We don't win our rights back by standing down and trying to appease the biased media, gun-grabber groups, & anti-rights politicians.

### Surviving the Coming Days, How Gun Rights Win – Part Two



Ammoland Inc. Posted on September 5, 2021 by Mark Walters

This is a war. A war being thrust upon you by several different divisions of the same anti gun, enemy army of freedom hating sycophants.

**READ MORE >>>**

READ MORE >>>

## Surviving The Coming Storm Attacking Your Rights



Ammoland Inc. Posted on September 4, 2021 by Mark Walters

Get used to it. It isn't going away anytime soon, and the progressive media are out in full force, having a collective orgasm over their ability to attack you…

READ MORE >>>

## Atlanta Shootings, Too Close To Home, Gun Owners … Stay Dangerous



Ammoland Inc. Posted on March 18, 2021 by Mark Walters

## Being Part of the Gun Community or Culture Does NOT Make You a Gun Activist ~ VIDEO



Ammoland Inc. Posted on February 5, 2021 by Mark Walters

Too many of us have been fooled to believe it will never happen to us. Don't be one of them. Don't give up your guns and stay very dangerous.

READ MORE >>>

The activist, is a hardcore, single-issue individual and works their ass off to fight for their rights. That does NOT include voting for avowed gun-grabbers. Ever.

READ MORE >>>

## XINSURANCE Firearms Insurance is Making A Difference In People's Lives



Ammoland Inc. Posted on December 8, 2020 by Mark Walters

These are scary times and my husband and I had liability coverage, but the "main company" got sued in New York so that company decided to no longer underwrite carry insurance, which left us high and..

READ MORE >>>

## XINSURANCE – Concealed Carry Liability Coverage for Gun Owners with "A" Rated Insurer

## Now Is The Time For Responsible Civil Disobedience ~ VIDEO



Ammoland Inc. Posted on October 5, 2020 by Mark Walters

Just as you have taken the steps to protect your family with your firearm purchase, XINSURANCE is here to protect you with Concealed Carry Weapon insurance.

READ MORE >>>



⏵ Video | Ammoland Inc. Posted on April 14, 2020 by Mark Walters

Tyrants hate that we can make our own decisions. We must get back to normal as soon as possible, even if it means violating a tyrannical order.

READ MORE >>>

# I Thought Georgia Was A Free State? Time for Constitutional Carry



Ammoland Inc. Posted on April 8, 2020 by Mark Walters

The usual suspects are taking advantage of the national health emergency to strip the 2A rights of citizens. But, never in my wildest dreams did I believe I would see something similar in Georgia.

READ MORE >>>

## Those Who Would Give Up Liberty for Safety, Deserve Neither



Ammoland Inc. Posted on March 19, 2020 by Mark Walters

As gun owners, we've been witness to the actions of men like Cuomo, Murphy, and just about every other Socialist (formerly known as Democrats), for years.

READ MORE >>>

## Shifting Political Whims & Winds To Determine Constitutional Rights..Shut Up Already



▶ Video | Ammoland Inc. Posted on October 1, 2019 by Mark Walters

This is an incredible admission from an attorney, asking the Supreme Court of the USA to allow public opinion and shifting political whims and winds to determine our constitutional rights.

## Second Amendment Sanctuary Movement to Legislators & Anti-Gun Media, Come & Take Them



Ammoland Inc. Posted on December 23, 2019 by Mark Walters

Shannon Watts and the professional gun prohibitionists are not happy about the new tactic, as evident by her recent statements in a panic press release from Everytown for Gun Safety.

READ MORE >>>

READ MORE >>>

## The Great American Gun Grab of 2019



Video | Ammoland Inc. Posted on September 4, 2019 by Mark Walters

We've been right about this all along. We saw this coming and knew it was inevitable. We spoke about it, wrote about and we talked about it to anyone who would listen.

READ MORE >>>

## No Longer the NASCAR I Thought I Knew



Ammoland Inc. Posted on August 27, 2019 by Mark Walters

At one time it was evident to me that NASCAR team members shared the same values including the love of God, country, fast cars, BBQ, and you guessed it, guns. But now…

READ MORE >>>

## Democrats' War on Your Gun Rights Compared to The Truth ~ VIDEO



Ammoland Inc. Posted on August 26, 2019 by Mark Walters

## Gun Control Plus Logic Equals Crickets



Ammoland Inc. Posted on July 30, 2019 by Mark Walters

As I've gotten older and the years tick by, the sound of crickets also reminds me,

Another Town Hall Meeting With Cochise County Sheriff, Mark Dannels exposed the disturbing truth that the Democrats and mainstream media refuse to tell you.

READ MORE >>>

metaphorically speaking of the music of gun-grabber silence.

READ MORE >>>

## Grilling While Armed – The Top 20 Recipes



Ammoland Inc. Posted on July 15, 2019 by Mark Walters

Mark Walters & George Hill announce the release of their long-awaited BBQ cookbook, Grilling While Armed – The Top 20 Recipes, How to get off the gas & become your neighborhood BBQ pit boss.

READ MORE >>>

## The Town Too Tough To Die – Celebrating the Second Amendment in Tombstone, AZ



Ammoland Inc. Posted on July 12, 2019 by Mark Walters

As we gathered in front of the world famous Crystal Palace Saloon for a live sports hit with Curt Schilling the prospect of the live, on-camera interview took a radical left turn.

READ MORE >>>

## I Am The NRA – Or So I Thought



Ammoland Inc. Posted on June 24, 2019 by Mark Walters

What is essential is that Wayne LaPierre must retire, and do it now, for the good of the organization. Knock, knock, Wayne – members are leaving, fundraising is drying up, big donors are pulling out..

READ MORE >>>

## Why President Trump "Thinks" He's Pro Gun



Ammoland Inc. Posted on June 14, 2019 by Mark Walters

Unfortunately, for Trump as he heads into what will be a vicious and hateful presidential campaign, he has no room to spare. Trump needs every single one of us – gun owners – to cast a vote for him.

READ MORE >>>

## Freedom Haters Repeat After Me – There Is No Debate!



Ammoland Inc. Posted on June 7, 2019 by Mark Walters

The political left likes to refer to it as a "debate," as if somehow the nations' Founding Father's didn't know what they were doing when they wrote the Second Amendment to the U.S Constitution.

## What Does "DEFEATING" Gun Owning America Look Like?



▶ Video | Ammoland Inc. Posted on May 31, 2019 by Mark Walters

They smell blood and are circling their prey. Every lefty politician, every useful idiot David-Hoggish teenage know-it-all and every

READ MORE >>>

progressive Kool-Aide drinker voter now actually believes they can

READ MORE >>>

### Self Defense Biased Media, the Real Victim is the Truth



Ammoland Inc. Posted on May 24, 2019 by Mark Walters

Unfortunately, the writer of this piece allows his apparent disdain for CCW holders to cloud his objectivity if he had any in the first place.

READ MORE >>>

### NRA Suits. Ever Heard of Buy One Get One Free?



Ammoland Inc. Posted on May 23, 2019 by Mark Walters

America needs a strong NRA, and our rights need a strong NRA. I want to and plan on remaining an NRA member, but some things must change at the top.

READ MORE >>>

### Making Gun Choices – Comfort, Reliability, Power, Simplicity in that Order



Ammoland Inc. Posted on May 3, 2019 by Mark Walters

What inspired me to write this today was a comment I received from a friend who

### To NRA or Not to NRA



Ammoland Inc. Posted on April 24, 2019 by Mark Walters

mentioned I should have "talked my father into a larger caliber".

READ MORE >>>

The Board of Directors must step to the plate and deep clean whatever is rotting or step aside and let someone else get it done.

READ MORE >>>

## You Can't Fix Stupid When it Comes to Gun Banners Like Moms Demand Action



Ammoland Inc. Posted on April 12, 2019 by Mark Walters

With everything we know about mass killers entering gun-free zone schools & having their way until someone else with a gun shows up, I shake my head in disbelief that there are still people who feel..

READ MORE >>>

## Lawsuits, Bump Stocks & My 2020 Election Predictions



Ammoland Inc. Posted on March 29, 2019 by Mark Walters

In December 2018, the NRA made a lame attempt to walk it back telling us this was a better option than a potential "legislative over-reaction."

READ MORE >>>

## America's Gun-Haters Are Only Biding Their Time

## Who's the Lead Dog? Money vs Power



Ammoland Inc. Posted on March 20, 2019 by Mark Walters

Truth is the worst enemy of the freedom haters like CT's Chris Murphy (D) gun banner, they're just too dumb to know it.

READ MORE >>>



Ammoland Inc. Posted on March 8, 2019 by Mark Walters

Michael Bloomberg knows he can do more to destroy the Second Amendment from the sidelines rather than as a candidate. That's not speculation. He said it himself.

READ MORE >>>

← Older posts

Advertise

Drop a Tip

Privacy Policy

Subscribe

Contact

Disclaimer

Submit News

About Contributors

⌃ Back to Top

Copyright 2023 AmmoLand.com Shooting Sports News| Sitemap | Μολὼν λαβέ