# EXHIBIT 3





PODCASTS NEW    LISTEN LIVE

SPONSORS    PREMIUM PLAN    SHOP    START LISTENING

SPONSORED BY



# WELCOME TO ARMED AMERICAN RADIO

### Mark Walters Is The Loudest Voice In America Fighting For Gun Rights.

*"The Extremely Powerful Voice Of Mark Walters On Armed American Radio Being Heard In Hundreds Of Cities Across America On Hundreds Of Radio Stations Is An Essential Part Of Securing Victory And Countering The Mainstream Legacy Media's Lies And Bias Against Gun Owners, Our Rights, And Our Freedoms."*

*- Alan Gottlieb, Founder-The Second Amendment Foundation*

# AAR SPONSORS

   

SHOP

# Trending Episodes

Explore Our Professional, Curated Podcast Content

DISCOVER MORE EPISODES

**10-12-2023 HR 2 Bigfoot spotted, terror sympathizers right here in America and Hamas wants Israelis disarmed**

October 12th, 2023 | Daily Defense

Bigfoot spotted, terror

**10-12-2023 HR 1 Law of Self Defense attorney Andrew Branca**

October 12th, 2023 | Daily Defense

Law of Self Defense attorney Andrew Branca

Read More  ⟩                    💬 0

**10-11-2023 HR 1 David Codrea talks Israel, leftist wackos and more**

October 11th, 2023 | Daily Defense

David Codrea talks Israel, leftist wackos and more before

**10-10-2023 HR 2 Encore network issue**

October 11th, 2023 | Daily Defense

Encore network issue

Read More  ⟩                    💬 0



NEW

 SHOP

# Search Our Articles

Search To Find What You're Looking For

🔍 Search...

## Also Available On

Our Podcast Content Is Also Available On The Following Platforms:


Google


Apple


Stitcher


RadioPublic


Spotify


iHeartRadio

**BECOME A SPONSOR**

### ARMED AMERICAN NEWS



The freedom lover's answer to the mainstream media's disinformation.

### QUICK MENU

- HOME
- PODCASTS
- JOIN AAR
- SPONSORS
- NEWS

### RECENT BLOGS

> 10-12-2023 HR 2 Bigfoot spotted, terror sympathizers right here in America and Hamas wants Israelis disarmed
> October 12, 2023

> 10-12-2023 HR 1 Law of Self Defense attorney Andrew Branca
> October 12, 2023

> 10-11-2023 HR 2 Encore- Network issues.
> October 11, 2023

> 10-11-2023 HR 1 David Codrea talks Israel, leftist wackos and more
> October 11, 2023

### ARCHIVES

Select Month

