# EXHIBIT 5

   Home   My Network   Jobs   Messaging   Notifications  Me ▾   For Business ▾  Retry Premium $0



### Fredy Riehl · 3rd

Editor at AmmoLand Shooting Sports News

 AmmoLand.com

 Monmouth University

Manasquan, New Jersey, United States · Contact info

500+ connections

 Message     + Follow    More

## About

As Founder and Editor In Chief for AmmoLand News I have learned its all about the folks you know. The world of Shooting Sports has such a great industry, made up of the friendliest people you could ever hope to meet.

So if we have not yet met or taken the time to speak please contact me, I would love to hear about your business, your latest hunt or you most recent accomplishment and just get to know you... it is through these same connections that we find the new content for AmmoLand Shooting Sport News.

As many of you know AmmoLand has become a monster in shooting sports and like any monster you have to feed it daily, that is why we are always looking for new stories, news, press and PR for our 50,000 plus daily readers across our website, email, newswire and social media.

If you have something to say, need a place to blog a daily/weekly/monthly column to an already massive audience we welcome you and so will our readers.

Help me feed the monster will ya? Get in touch with me today.

Fredy Riehl
Editor - AmmoLand Shooting Sports News
PO Box 0465
Manasquan, NJ 08736 USA
news@ammoland.com
www.Ammoland.com
732-925-3647:cell
fred.riehl : skype

Specialties: Expert at Social Media Marketing with Concentration in Shooting Sports

Editing for the Internet, Wordpress, SEO Consultant, Photoshop for Web, Editorial, Professional Writing, Press Relations, Search Engine Marketing, Web Site Advertising, Online Media Planning, Social Media Marketing, Affiliate Marketing, Ecommerce Sales, Web Project Management,

Facebook, Twitter, RSS, Word Press, Google Search, Google Analytics, Online Media Kits, Search Research, Link Building, White Hat SEO

### Activity
3,093 followers

**Fredy hasn't posted yet**
Recent posts Fredy shares will be displayed here.

Show all activity →

### Experience



**Editor-In-Chief & Owner**
AmmoLand.com · Self-employed
Oct 2008 - Present · 15 yrs 1 mo
Sebastian, Florida 32958

Manage, edit and approve all content and editorial appearing on the AmmoLand Shooting Sports News daily news-wire. As the webs leading Shooting Sports News Service for the Firearms, Shooting, Hunting and Conservation communities we report to 40,000+ daily readers on all the following topics:

 * Shooting Competitions
 * Gun Politics
 * New Guns
 * Old Guns
 * Gun Auctions & Sales
 * Firearms Industry
 * Archery Industry
 * Conservation
 * Fish and Game
 * Guns & Gear, Accessories
 * Shooting Media, TV & Web
 * Shooting Sports Art & Culture
 * Firearms Events & Shows
 * Gun & Ammunition Deals, Sales and Retailers
 * Everything Firearms Related....

Contact me if you are interested in having your related business covered on AmmoLand.com



**Owner**
Surfeyes Eyewear
2001 - 2010 · 9 yrs

Owner, developer and marketer of successful online retail accessories e-commerce operation.



**SEO Consultant**
SureSolutions Inc
2005 - 2009 · 4 yrs

Consulted on various SEO projects for multiple midsized eCommerce websites with a focus on Shooting Sports.



**Manager / Buyer / Communications**
Brave New World
1983 - 2001 · 18 yrs

Managed multi-location sporting goods retailer including all aspects of day to day operations, staff, buying and marketing.

### Education



**Monmouth University**
Buisness Administration, Marketing
1985 - 1989

 **Monmouth University**
Bachelor's degree, Marketing

## Volunteering

 **Professional Outdoor Media Board Member**
Professional Outdoor Media Association (POMA)

## Skills

**Grass Roots Expert**
👥 5 endorsements

**Social Media**
 Endorsed by Justin Morrissey and 2 others who are highly skilled at this
 Endorsed by 4 colleagues at AmmoLand
 99+ endorsements

Show all 50 skills →

## Recommendations

**Received**   Given

 **C.D. (Chuck) Michel** · 3rd
Senior Partner at Michel & Associates, P.C. - Firearms, Environmental, Land Use, Labor Law, Civil Litigation
February 6, 2013, C.D. (Chuck) worked with Fredy but they were at different companies

Fredy's is a tremendous business manager and news producer. His productions are hard hitting and informative. His efforts and hard work really pay off in the form of infomative and useful information that helps preserve and advvance the RKBA.

 **Ashley Gall** · 3rd
Experienced Public Relations and Marketing Communications Professional
May 22, 2012, Ashley worked with Fredy but they were at different companies

Fredy is a pleasure to work with and always is quick and responsive to our needs (and that of our clients). His follow up is prompt and thorough and we always enjoy working with him!

Show all 9 received →

## Publications

**AmmoLand Shooting Sports News**

Show publication ⧉

Ammoland.com, is the web's leading Shooting Sports News Service for the Second Amendment, Firearms, Shooting, Hunting and Conservation communities.

## Honors & awards

**Defender of Liberty Award**
Issued by Second Amendment Foundation · Sep 2012

⭐ Associated with AmmoLand.com

Fredy Riehl was awarded the 'Defender of Liberty' award by Second Amendment Foundation at the SAF 2012 Gun Rights Policy Conference for his work in …see more

## Languages

**American English**
Full professional proficiency

**Gun Speak**
Native or bilingual proficiency

## Organizations

**Professional Outdoor Media Association (POMA)**
Voting Media & 2nd VP POMA Board of Directors · Jan 2013 - Present

⭐ Associated with AmmoLand.com

**National Rifle Association**
Life Member, Ring Of Freedom Member, Board Member's Advocate / Advisor · Oct 2008 - Present

⭐ Associated with AmmoLand.com

Show all 3 organizations →

## Interests

**Companies**   Groups   Schools

**Monmouth University**
49,737 followers

＋ Follow

**NSSF—The Firearm Industry Trade Association**
41,692 followers

＋ Follow

Show all companies →

## Causes

Civil Rights and Social Action • Politics

**English**   Español

## People also viewed

**Silvia Moctezuma** · 3rd+
Insurance /
Marketing & Advertising

🔒 Message

**Daniel Wagner** · 3rd+
Navy Corpsman

🔒 Message

**Adriana Blandford** · 3rd
VP Digital Marketing at GunBroker.com

🔒 Message

**Daniel Johnson** · 3rd
Staff Nurse at Eastern Kansas VA Healthcare, Topeka, Kansas

🔒 Message

**Rita Peralta** · 3rd+
HISD Clerk for PDHH at Houston ISD

+ Connect

Show all

**People you may know**
From Fredy's company

**Brian Johnson**
Editor at Ammoland Shooting Sports News

+ Connect

**Dean Weingarten**
Blogger

+ Connect

**Brian Johnson**
Editor at AmmoLand Inc.

+ Connect

**Michael Ware**
CEO - Controlled Chaos Arms

+ Connect

**Brian Johnson**
CEO, Co-Founder, Digital Marketing Executive, Ammoland.com

+ Connect

Show all

**You might like**
Pages for you

**DLA Piper Media, Sport and Entertainment sector**
Legal Services
1,588 followers

1 connection follows this page

+ Follow

**DLA Piper Energy and Natural Resources Sector**
Legal Services
4,704 followers

