# EXHIBIT 6



Menu

# About

OpenAI is an AI research and deployment company. Our mission is to ensure that artificial general intelligence benefits all of humanity.



## Our vision for the future of AGI