THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK WALTERS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OpenAI, L.L.C., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:23-cv-03122-MLB |

## [PROPOSED] ORDER GRANTING DEFENDANT OPENAI, L.L.C.'S MOTION TO DISMISS WITH PRJUDICE

Upon consideration of the Motion to Dismiss Plaintiff's Amended Complaint, same is hereby **GRANTED**. Defendant is hereby dismissed form the captioned matter with prejudice.

SO ORDERED, this ____ day of _____, 2023.

_____

HONORABLE MIKE L. BROWN

DISTRICT COURT JUDGE