# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MARK WALTERS, | ) | |
|        **Plaintiff,** | ) | |
| | ) | |
|     **v.** | ) | **No. 1:23-CV-03122-MLB** |
| | ) | |
| OPENAI, L.L.C., | ) | |
| | ) | |
|        **Defendant.** | ) | |

## DECLARATION OF JOHN MONROE

John Monroe declares as follows under penalty of perjury:

1. I am at least 18 years of age and otherwise competent to make this declaration.

2. I am the sole legal counsel for Plaintiff Mark Walters in this action.

3. On October 16, 2023, I spent 3.1 hours reviewing Defendant's second motion to dismiss and 2.3 hours drafting and filing a response thereto.

4. On October 20, 2023, I spent 1.4 hours reviewing Defendant's response to the Motion for attorney's fees and drafting an filing a reply.

5. These hours were reasonably necessary for this case.

I declare under penalty of perjury that the foregoing statements are true.

                                       _____/s/ John R. Monroe_____
                                       John R. Monroe
                                       John Monroe Law, P.C.
                                       156 Robert Jones Road

Dawsonville, GA  30534
State Bar No. 516193
678-362-7650
jrm@johnmonroelaw.com
Attorneys for Plaintiff