IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Mark Walters,

        Plaintiff,

        Case No. 1:23-cv-3122-MLB

v.

OpenAI, L.L.C.,

        Defendant.

_____/

## ORDER

Pursuant to the Court's September 22, 2023 Order, and in the light of Defendant's recent withdrawal of its notice of removal (Dkt. 33), the Court **REMANDS** this case to the Superior Court of Gwinnett County. The Court **DENIES AS MOOT** Defendant's Motions to Dismiss (Dkts. 12; 35). The Court **DENIES** Plaintiff's Motion for Costs and Attorney's Fees (Dkt. 34).

**SO ORDERED** this 25th day of October, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE