# Details - Case # 23-A-04860-2 - Envelope # 13466957

## Envelope

| Envelope ID | Submitted by | Username |
|---|---|---|
| 13466957 | Keri Gardner | Keri_Gardner@gand.uscourts.gov |

## Case Information

| Court Location | Case Type | Case Category |
|---|---|---|
| Gwinnett County - Superior Court - Division 2 | Tort - General | Civil |

**Judge**
Cason, Tracie H

## Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | MARK WALTERS | JOHN R MONROE |
| Defendant | OPENAL LLC | OPENAL LLC |

## Filings

| Filing Code | Filing Type | Filing Description | Client Ref # |
|---|---|---|---|

### Notice

| Submitted Date | Status |
|---|---|
| 10/25/2023 1:41 PM | Submitting |

**Review Date**

| Courtesy Copy Email | Preliminary Copy Email |
|---|---|

| Type | Document name |
|---|---|
| Lead Document | 1-23-cv-3122-MLB Certified Remand Order.pdf |

**Description**

[ Original document ]

## Service Contacts

| Service Contacts | 0 |
|---|---|

## Fees

| account | Party responsible |
|---|---|
| , U.S. District Court, Northern Georgia | OPENAL LLC |

**Filing attorney**

**Order ID**    **Transaction Response**

Support

| Transaction Amount | Transaction ID |
|---|---|
| $0.00 | |

|  | **Total** | $0.00 |
|---|---|---|
|  | **Waiver Selected** | |