**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **MARK WALTERS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:23-CV-03122-MLB** |
| | ) | |
| **OPENAI, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>NOTICE OF APPEAL</u>

Please take notice that Plaintiff Mark Walters appeals to the United States Court of Appeals for the Eleventh Circuit from the October 25, 2023 Order [Doc. 39] denying Plaintiff's motion for costs and attorney's fees [Doc. 34] upon remand to state court.


_____/s/ John R. Monroe_____
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
State Bar No. 516193
678-362-7650
jrm@johnmonroelaw.com
Attorneys for Plaintiff