# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3561**

KEVIN P. WEIMER                                                                                    DOCKETING SECTION
**DISTRICT COURT EXECUTIVE**                                                                  **404-215-1655**
AND **CLERK OF COURT**

November 17, 2023

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

      **U.S.D.C. No.: 1:23-cv-03122-MLB**
      **U.S.C.A. No. 00-00000-00**
      **In re:   Mark Walters v. OpenAI, L.L.C.**

   **X**    **Certified copies of the Notice of Appeal, Order and Docket Sheet enclosed.**

        This is not the first Notice of Appeal.

   **X**    **There is no transcript.**

        The court reporter is .

        There is sealed material in this case.

        Other: .

   **x**    **Fee paid; Receipt Number AGANDC-13036953.**

        Appellant has been granted leave to file *in forma pauperis*.

        This is a bankruptcy appeal.   The Bankruptcy Judge is Judge .

        The Magistrate Judge is.

   **X**    **The District Judge is J. P. Michael L. Brown.**

        This is a **DEATH PENALTY** appeal.

                      Sincerely,

                      Kevin P. Weimer
                      District Court Executive
                      and Clerk of Court

              By:   /s/ **A. Gee**
                      Deputy Clerk

Enclosures