# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13843

_____

MARK WALTERS,

                                                           Plaintiff-Appellant,

*versus*

OPENAI, L.L.C.,

                                                           Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03122-MLB

_____

JUDGMENT

ISSUED AS MANDATE 4/30/2024

2                                                                 23-13843

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 1, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 4/30/2024

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 30, 2024

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 23-13843-HH
Case Style: Mark Walters v. OpenAI, L.L.C.
District Court Docket No: 1:23-cv-03122-MLB

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

General Information:      404-335-6100      Attorney Admissions:           404-335-6122
Case Administration:      404-335-6135      Capital Cases:                 404-335-6200
CM/ECF Help Desk:         404-335-6125      Cases Set for Oral Argument:   404-335-6141

Enclosure(s)

MDT-1 Letter Issuing Mandate