UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Mark Walters<br><br>        Plaintiff<br><br>vs.<br><br>OpenAI, L.L.C.,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO.  1:23-cv-03122-MLB |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 30th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE